UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN HAGAN** | **CIVIL ACTION NO.  19-4035** |
| **VERSUS** | **SECTION: F3** |
| **BRUCE SMITH, JR., ET AL** | **JUDGE** |
| | **MAGISTRATE** |

### NOTICE OF COMPLIANCE PUSUANT TO 28 U.S.C. 1447(B)

Pursuant to communication by the clerk of court regarding a duplication of documents, defendants provide the clerk's office with:

1) List of all parties still remaining in this action:

   (a) Plaintiff, Kevin Hagan
   Plaintiff is represented by Loretta Hoskins, Esq., Dudley Debosier, APLC 622 Baronne St., New Orleans, Louisiana 70113, Phone (504) 433-3333.

   (b) Defendants, Bruce Smith, Jr., Chad Najjar d/b/a Hopeland Trucking and Hallmark Specialty Insurance Company
   Defendants are represented by David K. Groome, Jr., Esq., Deutsch Kerrigan, LLP, 755 Magazine St., New Orleans, LA  70130, Phone  (504) 581-5141

2) Attached as Exhibit 1, please find a copy of all pleadings including Answers filed by parties in state court.  (These were previously filed with the removal documents.)

   (a) Notice of Removal;
   (b) Petition for Damages, Plaintiff's Discovery to Defendants;
   (c) Exceptions and Answer, Request for Notice;
   (d) Affidavit of Christina Armstrong - Service of Petition on Bruce Smith via Long Arm Service;
   (e) Motion to Substitute Counsel;
   (f) Kevin Hagan's Responses to Request for Admissions;
   (g) Civil Case Cover Sheet; and
   (h) Proof of Service and Notice to Adverse Parties.

      3)      Copies of the return of service of process on those parties filed in state court, attached as Exhibit 2.

              (a)      Return of service on October 9, 2018 (Bruce Smith)
              (b)      Attempted service on October 4, 2018 (Chad Najjar)
              (c)      Return of service on October 9, 2018 (Hallmark County Mutual Insurance Company)

      4)      Conformed Copy of the State Court Notice of Removal to Federal Court attached as Exhibit 3.

**Respectfully submitted,**

*/s/ David K. Groome, Jr.*

**Robert E. Kerrigan, Jr. (La. Bar #7350)**
**David K. Groome, Jr. (La. Bar #22788)**
**DEUTSCH KERRIGAN, L.L.P.**
**755 Magazine Street**
**New Orleans, Louisiana 70130**
**Telephone: (504) 581-5141**
**Telefax: (504) 566-1201**
**E-Mail: rkerrigan@deutschkerrigan.com**
          **dgroome@deutschkerrigan.com**
**Attorneys for Bruce Smith, Jr., Chad Najjar d/b/a Hopeland Trucking, and Hallmark County Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I certify this pleading has been served on plaintiff through his counsel of record, Loretta Hoskins, Esq., Dudley Debosier, APLC, 622 Baronne Street, New Orleans, Louisiana 70113, by ECM or by e-mail, by telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 31st day of May, 2019.

*/s/ David K. Groome, Jr.*

**David K. Groome, Jr.**